Jamie M. Evans, OSB 117064
Attorney for Plaintiff
Evans & Evans, PC
610 SW Broadway, Suite 405, Portland, OR 97205
Ph.: 503-200-2723; Fax: 503-200-2701
Jamie@evans-evans.com

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Jeffrey P. Phelps,

      Plaintiff,

vs.

Nancy A. Berryhill, Commissioner,
Social Security Administration.

      Defendant.

**Case No. 3:17-cv-00139-JR**

**ORDER FOR EAJA FEES**

On March 2, 2018, Plaintiff filed an Unopposed Application for Fees under the Equal Access to Justice Act, § 2412(d), in which the parties agree that Plaintiff should be awarded fees in the amount of $10,323.30 (ECF No. 26).

Accordingly, based on the agreement of the parties, it is hereby ORDERED that attorney fees in the amount of $10,323.30 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, § 2412(d). There are no costs or expenses. The parties agree that attorney fees will be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

EXHIBIT B—PLAINTIFF'S UNOPPOSED APPLICATION FOR
FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT - 1

**JAMIE EVANS**
Evans & Evans, PC
610 SW Broadway, Suite 405
Portland, OR 97205
Ph. 503-200-2723/F.503-200-2701

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney,

Jamie Evans: 610 SW Broadway, Suite 405, Portland, OR 97205. If Plaintiff has a debt, then

the check for any remaining funds after offset of the debt shall be made out to Plaintiff and

mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this _1st_ day of March, 2018.

_Jolie D. Russo_
United States ~~District~~ Judge
Magistrate

Proposed Order Submitted:          Date:  March 2, 2018

 _/s/ Jamie M. Evans_
Jamie M. Evans, OSB # 117064
Attorney for Plaintiff
Evans & Evans, PC
Ph.: 503-200-2723
Fax: 503-200-2701
Jamie@evans-evans.com