Jamie M. Evans, OSB 117064
Evans & Evans, PC
610 SW Broadway, Suite 405, Portland, OR 97205
Ph.: 503-200-2723; Fax: 503-200-2701
Jamie@evans-evans.com

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Jeffrey P. Phelps,

    Plaintiff,

    vs.

Nancy A. Berryhill, Commissioner,
Social Security Administration.

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 3:17-cv-00139-JR**

**ORDER FOR ATTORNEY FEES
UNDER 42 U.S.C. § 406(b)**

Plaintiff Jeffrey P. Phelps brought this action seeking review of the Commissioner's final decision denying his application for Disability Insurance Benefits under the Social Security Act. The Court reversed the Commissioner's decision, remanded the case for an immediate payment of benefits, and entered judgment on January 22, 2018 [ECF 22].

Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Defendant does not object to the request. The Court finds the requested fees are reasonable.

Plaintiff's motion [ECF 30] is granted, and Plaintiff's counsel is awarded $31,626.00 in attorney's fees under 42 U.S.C. § 406(b). Previously, the Court awarded Plaintiff attorney's fees in the amount of $10,323.30 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

Ex. 4 ORDER ON MOTION FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b)    1

When issuing the section 406(b) check for payment to Plaintiff's attorney, the

Commissioner is directed to subtract the amount previously awarded under EAJA and send

Plaintiff's attorney, Jamie M. Evans the balance of $21,302.70, less any applicable processing or

user fees prescribed by statute. The section 406(b) check should be mailed to Jamie M. Evans,

610 SW Broadway, Suite 405 Portland, Oregon 97205.

Any amount withheld after all attorney's fees are paid should be released to the claimant.

IT IS SO ORDERED.

DATED: This 17th day of September, 2018.

Jolie Russo
United States Magistrate Judge

Proposed Order Submitted on September 16, 2018:

/s/ Jamie M. Evans
Jamie M. Evans, OSB # 117064
Attorney for Plaintiff
Evans & Evans, PC
610 SW Broadway, Suite 405
Portland, OR 97205
Ph.: 503-200-2723
Fax: 503-200-2701
Jamie@evans-evans.com